FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 18 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:22-cv-00346-JM

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your **full** name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Justin Coty Larson
   ADC # 661589

   Address: _____

   Name of plaintiff: _____
   ADC # _____

   *This case assigned to District Judge Moody
   and to Magistrate Judge Ray*

   Address: _____

   Name of plaintiff: _____
   ADC # _____

   Address: _____

In item B below, place the **full** name of the defendant in the first blank, his place of employment in the second blank, his official position in the third blank, and his address in the fourth blank.

B. Name of defendant: Ashley County Shiff Department
   Position: lance Smith DTF Ashley County Shiff
   Place of employment: Ashley County Shiff Department
   Address: _____

   Name of defendant: lance smith Thed
   Position: DTF Shiff Department

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes _____   No __✓__

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____   No ____

If not, why? At the time I was unaware that I could file the paperwork now I know it was illegal what happened to me

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about March of 2021 officer lance Smith and officer Thad or Tad showed up at 633 Ashley RD 73 N Hamburg Ar 71646 Hazel C Hollis Residence and Asked for me I was asleep I had been working at that Residence And officers said they seen me come into the house the night before well they said that Drew County had a warrant a felony warrent for my Arrest they asked if I was on probation or parole I said know thing is there was no warrent they couldnt show me a warrent becase there was none they had a personal problem with me they Asked could they Sarch MRS Hollis Said no and they pushed through me as I went to call Drew County Shiff department they snatched phone out of my hand and said we was under Arrest for paraphanilia witch was not there but Im being Revo for that I was released right away I never went to Jail for a warrant they chocked me

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _13_ day of _April_, 20 _22_.

_____
Signature(s) of plaintiff(s)

Monticello AR
I'm at Drew County Detention facility and Everything I said is true please Help me with Everything Because this is Wrong I've got Court on the 25th of this Monnth Can you please Help with proof I've filled before then

Justin Coty Larson
106 S. Main St
Monticello AR 71655
Drew County Detention Facility

United States District
Public St Clerk
600 W. Captinal St
Suite A-149
Little Rock, Arkansas 72201-3325

**INMATE MAIL**

LITTLE ROCK AR
14 APR 2022 PM 3

quadient
FIRST-CLASS MAIL
IMI
$000.73
04/14/2022 ZIP 71655
043M31220356
US POSTAGE

72201-339919