IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN COTY LARSON**                                                                  **PLAINTIFF**

v.                        **CASE NO. 4:22-CV-00346 JM**

**ASHLEY COUNTY SHERIFF
DEPARTMENT**, *et al.*                                                **DEFENDANTS**

### ORDER

On April 28, 2022, this Court ordered Justin Larson to file, within 30 days, an updated *in forma pauperis* application or to pay the filing fee. (Doc. 3). The Court explained to Larson his responsibilities to follow the rules and cautioned that failure to respond to the Court could result in dismissal under Local Rule 5.5(c)(2). Larson's mail repeatedly has been returned as undeliverable. (Doc. 4, 5, 6, & 8). Because Larson has neither complied with the Court's April 28th Order nor maintained an updated mailing address as required by the Local Rules, his complaint is dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of June, 2022.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE