IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN COTY LARSON**                                                                                    **PLAINTIFF**

v.                                          **CASE NO. 4:22-CV-00346 JM**

**ASHLEY COUNTY SHERIFF
DEPARTMENT,** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE